UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJINDER SINGH, | ) CASE NO. CV 09-3661-TJH (PJW) |
| Petitioner, | ) |
| v. | ) J U D G M E N T |
| ERIC HOLDER, Attorney General, et al., | ) |
| Respondent. | ) |

The matter having been rendered moot by Petitioner's release from custody, it is hereby adjudged that the Petition be DISMISSED.

DATED:    October 21, 2009 .

*Terry J. Hatter, Jr.* (signature)
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\LA09CV03661TJH(PJW)-JUDGMENT.WPD